IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                     Case No.  3:07mj288

**GEORGE SALMORAM-CALDERON,
ARMANDO CARDON-CORTEZ,
GEORGE GOMEZ-MONTES**

### ORDER FINDING PROBABLE CAUSE

A preliminary hearing was held, and based on the evidence presented, the court finds that there is probable cause as to all three defendants, pending presentation to a grand jury.

Dated:       November 14, 2007


/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**