IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
Plaintiff,

vs.  Case No. 3:07cr135/RV

ARMANDO CARDON-CORTEZ
Defendant.

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Superseding Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **ARMANDO CARDON-CORTEZ,** pursuant to Title 18, United States Code, Section 924(d)(1), the defendant's interests in any firearms involved in the violations set forth in Count's Three, Five, Six, and Seven of said Superseding Indictment;

AND WHEREAS, on or about February 15, 2008, the defendant, **ARMANDO CARDON-CORTEZ,** was found guilty of All Counts of the Superseding Indictment;

AND WHEREAS, by virtue of said guilty verdict, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to 18 United States Code § 924(d)(1), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

FILED IN OPEN COURT THIS

5-15-2008

CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. The property which is subject to forfeiture in this Order is as follows:

   A. **Davis Industries brand pistol, semi-automatic, .25 caliber, serial number 470026, manufactured in the State of California.**

   B. **Beretta USA brand pistol, semi-automatic, .25 caliber, serial number BAS12509V, manufactured in the State of Maryland.**

   C. **Cobra brand pistol, derringer model, .38 caliber, serial number D143356, manufactured in the State of Utah.**

   D. **Ruger brand pistol, revolver, model SP101, .357 magnum caliber, serial number 571-42662, manufactured in New Hampshire.**

   E. **Jennings brand pistol, semi-automatic, model J-22, .22 caliber, serial number 672871, manufactured in the State of California.**

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **ARMANDO CARDON-CORTEZ,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 15 day of May, 2008.

_____
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

2