UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.   3:07cr135/RV/CJK
                3:12cv186/RV/CJK

ARMANDO CARDON-CORTEZ
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2015 (doc. 317). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections (doc. 320).

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The third amended motion to vacate, set aside, or correct sentence (doc. 278) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of April, 2015.

/s/ *Roger Vinson*
**Roger Vinson**
**Senior United States District Judge**